1  KAYE SCHOLER LLP
   Aton Arbisser, SBN 150496
2  Julian Brew, SBN 150615
   Joshua S. Stambaugh, SBN 233834
3  1999 Avenue of the Stars, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 788-1000
   Facsimile: (310) 788-1200
5  E-mail:   jbrew@kayescholer.com
   E-mail:   jstambaugh@kayescholer.com
6
   Attorneys for Infineon Technologies AG and
7  Infineon Technologies North America Corp.

8  *[Other counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAM CLAIMS LIQUIDATION TRUST, by its Trustee, WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., et al., <br><br> Defendants. | Case No. C 07-01381 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING THE EFFECT OF PLAINTIFF'S SECOND AMENDED COMPLAINT ON DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' RESPONSES TO SECOND AMENDED COMPLAINT** |

1

1    WHEREAS, the plaintiff in the above entitled action ("Plaintiff") filed a First Amended
2    Complaint (the "FAC") on May 4, 2007;
3    WHEREAS, in response to the FAC, on June 4, 2007 the Defendants[1] filed a Motion to
4    Dismiss pursuant to Fed. R. Civ. Proc. 8 and Fed. R. Civ. Proc. 12;
5    WHEREAS, pursuant to a prior stipulation between the parties and filed with the Court on
6    May 25, 2007, Plaintiff filed a Second Amended Complaint ("SAC") on June 29, 2007 that "is in a
7    form identical to the [First] Amended Complaint but adds as defendants Hitachi, Ltd., Hitachi
8    America, Ltd., and Hitachi Semiconductor (America) Inc., N/K/A Renesas Technology America,
9    Inc";
10   WHEREAS, the allegations in the FAC that are the subject of the Defendants' Motion to
11   Dismiss have not been altered in any way and are identical (other than slight changes in paragraph
12   numbering) to those included in the SAC;
13   WHEREAS, the Defendants' Motion to Dismiss, including all of the statements and
14   arguments therein, is wholly applicable to the allegations in the SAC;
15   WHEREAS, concurrence in the filing of this Stipulation has been obtained by each of the
16   signatories below from each of their respective co-parties and co-counsel;
17   It is hereby stipulated between the Plaintiff, on the one hand, and the Defendants on the
18   other, through their respective counsel, that:
19   1. The Defendants' pending Motion to Dismiss the FAC shall be applied equally and in full
20   to the allegations in the SAC.
21   2. The Defendants' Motion to Dismiss shall be deemed a response to the SAC as well as a
22   response to the FAC.
23   3. It is unnecessary for Defendants to file any further response to the SAC before the Court
24   rules on their Motion to Dismiss.

---

[1] As used herein, "Defendants" refers to all of the named defendants in the FAC, with the exception of Hynix Semiconductor Inc., Hynix Semiconductor America Inc., Crucial Technology, Inc., NEC Corporation, and NEC Electronics Corporation

**PLAINTIFF'S COUNSEL:**

DATED: July 13, 2007

LINDQUIST & VENNUM P.L.L.P.

By: _____
    James P. McCarthy
    Michael Olafson
    James M. Lockhart

4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

**DEFENDANTS' COUNSEL:**

DATED: July 13, 2007

KAYE SCHOLER LLP

By: _____
    Julian Brew
    Joshua S. Stambaugh

1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants Infineon Technologies AG and Infineon Technologies North America Corp.

*[Additional Defense Counsel Listed Below]*

| | |
|---|---|
| DATED: July 13, 2007 | JENNER & BLOCK LLP |
| | By: _____/s/_____ |
| | Donald R. Harris<br>Terrence J. Truax<br>Norman Hirsch<br>Margaret J. Simpson |
| | KRIEG KELLER SLOAN REILLEY & ROMAN LLP |
| | Kenneth E. Keller<br>Michael D. Lisi |
| | Attorneys for Defendants<br>Mitsubishi Electric Corporation and<br>Mitsubishi Electric and Electronics USA, Inc. |
| DATED: July 13, 2007 | HELLER EHRMAN LLP |
| | By: _____/s/_____ |
| | David Brownstein<br>Scott Morgan |
| | Attorneys for Defendants<br>Mosel Vitelic Inc. and<br>Mosel Vitelic Corporation |
| DATED: July 13, 2007 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: _____/s/_____ |
| | Robert E. Freitas<br>Howard Ullman<br>Na'il Benjamin<br>Cynthia Zuniga |
| | Attorneys for Defendants Nanya Technology Corporation and Nanya Technology Corporation USA |

| | |
|---|---|
| DATED: July 13, 2007 | FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP |
| | By: /s/ |
| | Steven Morrissett |
| | COLLETTE ERICKSON FARMER & O'NEILL LLP |
| | William S. Farmer |
| | Attorneys for Defendants Winbond Electronics Corporation and Winbond Electronics Corporation America |
| DATED: July 13, 2007 | SIMPSON THACHER & BARTLETT LLP |
| | By: /s/ |
| | James G. Kreissman<br>Harrison J. Frahn IV<br>Jason M. Bussey<br>Michele E. Kemmerling<br>Isabelle Young |
| | Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc. |
| DATED: July 13, 2007 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | By: /s/ |
| | Gary Halling<br>Mona Solouki |
| | Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. |

| | | |
|---|---|---|
| 1 | DATED: July 13, 2007 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | By: _____/s/_____ |
| 3 | | Joel S. Sanders |
| 4 | | G. Charles Nierlich<br>Joshua Hess |
| 5 | | Attorneys for Defendants Micron |
| 6 | | Technology, Inc. and Micron Semiconductor Products, Inc. |
| 7 | | |
| 8 | DATED: July 13, 2007 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 9 | | |
| 10 | | By: _____/s/_____ |
| 11 | | Robert B. Pringle |
| 12 | | Paul R. Griffin<br>Jonathan E. Swartz |
| 13 | | Attorneys for Defendant NEC Electronics America, Inc. |

**IT IS SO ORDERED.**

Dated: 7/24/07

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

KAYE SCHOLER LLP

STATE OF CALIFORNIA ) 
) ss. 
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On July 13, 2007, I served the documents described as: **STIPULATION AND [PROPOSED] ORDER REGARDING THE EFFECT OF PLAINTIFF'S SECOND AMENDED COMPLAINT ON DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' RESPONSES TO SECOND AMENDED COMPLAINT**

by placing a copy of the above entitled document in a sealed envelope addressed as stated below:

**SEE ATTACHED SERVICE LIST**

by placing a copy of the above entitled document in a sealed envelope addressed as stated on the attached service list.

__X__  by **E-SERVICE   SEE ATTACHED SERVICE LIST**

____  by **U.S. MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

____  by **FEDERAL EXPRESS** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.

____  by **PERSONAL SERVICE**
　　____  by personally delivering such envelope to the addressee.
　　____  by causing such envelope to be delivered by messenger to the office of the addressee.

____  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 13, 2007, at Los Angeles, California.

_____
Vickie J. Huntley

23222003.DOC

## SERVICE LIST OF PLAINTIFFS' COUNSEL

| James J. Ficenec<br>Sellar Hazard Manning Ficenec & Lai<br>1800 Sutter Street, Suite 460<br>Concord, California 94520<br>Telephone: (925) 938-1430<br>Telecopy:   (925) 256-7508 | James P. McCarthy<br>Michael Olafson<br>James M. Lockhart<br>DeAnne M. Hilgers<br>Lindquist & Vennum P.L.L.P.<br>4200 IDS Center<br>80 South 8th Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 371-3211<br>Telecopy:   (612) 371-3207 |

23222003.DOC