IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

DRAM CLAIMS LIQUIDATION TRUST, by its Trustee, WELLS FARGO BANK, N.A.,

    Plaintiff,

v.

HYNIX SEMICONDUCTOR, INC., et al.,

    Defendants.

Case No. C 07-01381 PJH

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO LODGE RECENT OPINION RELEVANT TO MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Local Rule 7-3(d), Defendants' APPLICATION FOR LEAVE TO LODGE RECENT OPINION RELEVANT TO MOTION TO DISMISS THE AMENDED COMPLAINT, filed August 20, 2007, is hereby GRANTED.

IT IS SO ORDERED.

Dated: August 24, 2007

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED. /s/ Judge Phyllis J. Hamilton*

STATE OF CALIFORNIA ) 
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On August 20, 2007, I served the documents described as:

1. **DEFENDANTS' APPLICATION FOR LEAVE TO LODGE RECENT OPINION RELEVANT TO MOTION TO DISMISS THE AMENDED COMPLAINT;**

2. **[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO LODGE RECENT OPINION RELEVANT TO MOTION TO DISMISS THE AMENDED COMPLAINT.**

by placing a copy of the above entitled document in a sealed envelope addressed as stated below:

**SEE ATTACHED SERVICE LIST**

by placing a copy of the above entitled document in a sealed envelope addressed as stated on the attached service list.

__X__  by **E-SERVICE  SEE ATTACHED SERVICE LIST**

__X__  by **U.S. MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

____  by **FEDERAL EXPRESS** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.

____  by **PERSONAL SERVICE**
  ____ by personally delivering such envelope to the addressee.
  ____ by causing such envelope to be delivered by messenger to the office of the addressee.

____  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

//
//
//
//
//
//

23222003.DOC

KAYE SCHOLER LLP

__X__   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 20, 2007, at Los Angeles, California.



____Vickie J. Huntley_____

23222003.DOC

## SERVICE LIST OF PLAINTIFFS' COUNSEL

| James J. Ficenec<br>Sellar Hazard Manning Ficenec & Lai<br>1800 Sutter Street, Suite 460<br>Concord, California 94520<br>Telephone: (925) 938-1430<br>Telecopy:   (925) 256-7508 | James P. McCarthy<br>Michael Olafson<br>James M. Lockhart<br>DeAnne M. Hilgers<br>Lindquist & Vennum P.L.L.P.<br>4200 IDS Center<br>80 South 8th Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 371-3211<br>Telecopy:   (612) 371-3207 |

23222003.DOC