CRAIG P. SEEBALD (pro hac vice)
cseebald@mwe.com
PAMELA J. MARPLE (pro hac vice)
pmarple@mwe.com
AMY E. NELSON (pro hac vice)
aenelson@mwe.com
**McDERMOTT WILL & EMERY LLP**
600 13th Street, N.W.
Washington, D.C. 20005
Telephone:  202.756.8000
Facsimile:  202.756.8087

DANIEL E. ALBERTI (68620)
dalberti@mwe.com
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  650.813.5000
Facsimile:  650.813.5100

Attorneys for Defendants
HITACHI, LTD.,
HITACHI AMERICA, LTD., AND
HITACHI SEMICONDUCTOR (AMERICA) INC.
N/K/A RENESAS TECHNOLOGY AMERICA,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAM CLAIMS LIQUIDATION TRUST, by its Trustee, WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., et al.,<br><br>Defendant. | CASE NO. C-07-01381 PJH<br><br>STIPULATION RE: THE HITACHI DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM AND ORDER |



RECEIVED
07 SEP 25 PM 12:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

Hitachi, Ltd., Hitachi America, Ltd., and Renesas Technology America, Inc. (the "Hitachi defendants") and Plaintiff DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A. hereby stipulate and agree with respect to the Hitachi Defendants' Notice of Motion and Motion To Dismiss The Second Amended Complaint For Failure To State A Claim to continue the originally noticed hearing date of October 3, 2007, to Wednesday, November 28, 2007 at 9:00a.m., or as soon thereafter as it may be heard in the courtroom of the Honorable Phyllis J. Hamilton, United States District Court Judge, United States District Court, 450 Golden Gate Ave., San Francisco, California, 94102.

Dated: September 24, 2007

**McDERMOTT WILL & EMERY LLP**

By: /s/ Craig P. Seebald

Craig P. Seebald (*pro hac vice*)
Pamela J. Marple(*pro hac vice*)
Amy E. Nelson (*pro hac vice*)

600 13th Street, N.W.
Washington, D.C. 20005
Tel.: 202.756.8000
Fax: 202.756.8087

Daniel E. Alberti (68620)

3150 Porter Drive
Palo Alto, CA 94304-1212
Tel.: 650.813.5000
Fax: 650.813.5100

Attorneys for Defendants
Hitachi, Ltd.,
Hitachi America, Ltd., and
Hitachi Semiconductor (America) Inc. N/K/A
Renesas Technology America, Inc.

- 1 -

Dated: September 24, 2007

LINDQUIST & VENNUM P.L.L.P.

By: _____

James P. McCarthy (*pro hac vice*)
Michael Olafson (*pro hac vice*)
James M. Lockhart (*pro hac vice*)
DeAnne M. Hilgers (*pro hac vice*)

4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3211
Fax: (612) 371-3207

**SELLAR HAZARD MANNING FICENED & LAI**

_____
James J. Ficenec (SBN – 152172)

1800 Sutter Street, Ste. 460
Concord, CA 94520
Tel: (925) 938-1430
Fax: (925) 926-7508

Attorneys for Plaintiff DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A.

IT IS SO ORDERED

_____
Phyllis J. Hamilton
United States District Judge

9/26/07
Date