ROBERT E. FREITAS (STATE BAR NO. 80948) rfreitas@orrick.com
CYNTHIA ZUNIGA (STATE BAR NO. 209320) czuniga@orrick.com
NA'IL BENJAMIN (STATE BAR NO. 240354) nbenjamin@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

HOWARD M. ULLMAN (STATE BAR NO. 206760) hullman@orrick.com
ERIC HAIRSTON (STATE BAR NO. 229892) ehairston@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants Nanya Technology Corporation
and Nanya Technology Corporation USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| This document pertains to the following cases:<br><br>SUN MICROSYSTEMS, INC., *et al.* v. HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>UNISYS CORP. v. HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>ALL AMERICAN SEMICONDUCTOR, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>EDGE ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>JACO ELECTRONICS, INC. v. HYNIX SEMICONDUCTOR, INC., *et al.*,<br><br>DRAM CLAIMS LIQUIDATION TRUST, by its Trustee Wells Fargo Bank, N.A. v. HYNIX SEMICONDUCTOR, *et al.* | Case No. C 06-01665-PJH (Consolidated)<br>C 06-01200-PJH<br>C 06-01207-PJH<br>C 06-01212-PJH<br>C 06-01381-PJH<br><br>[~~PROPOSED~~] ORDER RE ATTENDANCE AT DEPOSITIONS OF MIZUKI YOSHINO AND TOSHIAKI HAGIWARA |

1  TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES
2  UNITED STATES CONSULATE, OSAKA, JAPAN

4  THIS COURT HAS BY PRIOR ORDER AUTHORIZED YOU TO CONDUCT THE
5  DEPOSITIONS OF WITNESSES MIZUKI YOSHINO AND TOSHIAKI HAGIWARA ON OR
6  ABOUT OCTOBER 22, 2007 AND OCTOBER 23, 2007.

8  UPON THE APPLICATION OF DEFENDANTS NANYA TECHNOLOGY CORPORATION
9  AND NANYA TECHNOLOGY CORPORATION USA AND PURSUANT TO ARTICLE 17
10 OF THE UNITED STATES – JAPAN CONSULAR CONVENTION, COUNSEL FOR
11 DEFENDANTS NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY
12 CORPORATION USA WHO WILL PARTICIPATE IN SAID DEPOSITIONS IS HOWARD
13 MARK ULLMAN.

16  10/12/07
    DATE

18  U.S. [signature] Judge Joseph C. Spero

20  SEAL

OHS West:260318605.1

[PROPOSED] ORDER
C 06-01665-PJH (CONSOLIDATED), C 06-01200-PJH,
C 06-01207-PJH, C 06-01212-PJH, C 06-01381-PJH