1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP
GARY HALLING, Cal. Bar No. 66087
2 | MONA SOLOUKI, Cal. Bar No. 215145
4 Embarcadero Center – 17th Floor
3 | San Francisco, California 94111
Telephone:   (415) 774-3210
4 | Facsimile:   (415) 403-6054
E-mail:   ghalling@sheppardmullin.com
5 | msolouki@sheppardmullin.com

6 | SHEPPARD MULLIN RICHTER & HAMPTON LLP
DAVID R. GARCIA, Cal. Bar No. 151349
7 | 1901 Avenue of the Stars – 16th Floor
Los Angeles, California 90067
8 | Telephone:   (310) 228-3700
Facsimile:   (310) 228-3701
9 | E-mail:   dgarcia@sheppardmullin.com

10 | Attorneys for Defendants
SAMSUNG ELECTRONICS CO., LTD.
11 | and SAMSUNG SEMICONDUCTOR, INC.

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN FRANCISCO DIVISION

15

| | |
|---|---|
| DRAM CLAIMS LIQUIDATION TRUST, By Its TRUSTEE WELLS FARGO BANK, NA, | Case No. C 07-01381 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: EXPERT DISCOVERY |
| vs. | |
| HYNIX SEMICONDUCTOR INC., et al. | |
| Defendants. | |

-1-

1    The parties hereby STIPULATE AND AGREE to the following:

2

3        1.    Within 3 business days of any party serving any expert reports and/or

4    expert declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties

5    proffering the expert witness shall produce all other documents and/or information

6    required by Rule 26(a)(2)(B), namely "the data or other information considered by the

7    witness in forming the [expert's] opinions; any exhibits to be used as a summary of or

8    support for the opinions; the qualifications of the witness, including a list of all

9    publications authored by the witness within the preceding ten years; the compensation to

10   be paid for the study and testimony; and a listing of any other cases in which the witness

11   has testified as an expert at trial or by deposition within the preceding four years." "(D)ata

12   or other information considered" shall include, but is not limited to, raw data, spreadsheets,

13   computerized regression analyses and/or other underlying reports and schedules sufficient

14   to reconstruct the expert's work, calculations, and/or analyses. Information can be

15   produced electronically (via email or disc) where appropriate. Where documents

16   have previously been produced as part of the discovery in this case, a list of such

17   documents by Bates number is sufficient. As to other documents considered by the expert,

18   those documents should be produced except where widely available publicly without

19   undue expense (such as on the internet, or in major university libraries).

20

21       2.    The following types of information shall not be the subject of

22   discovery: (1) the content of communications among and between: (a) counsel and experts;

23   (b) experts and other experts or consultants; and/or (c) experts and their respective staffs,

24   and (2) notes, drafts, written communications or other types of preliminary work created

25   by, or for, experts. The foregoing exclusions from discovery will not apply to any

26   communications or documents upon which the experts rely as a basis for their

27   opinions/reports.

28

W02-WEST:FNO\400465998.1

STIPULATION AND [PROPOSED] ORDER RE:
EXPERT DISCOVERY

1         3.     This stipulation shall be effective only upon agreement by all

2 Defendants and all Plaintiffs in the above captioned action.

3 Dated: October 12, 2007         **LINDQUIST & VENNUM P.L.L.P.**

4                 By:

5                     James P. McCarthy, Esq.
                    Michael Olafson, Esq.

6                     James M. Lockhart, Esq.
                    DeAnne M. Hilgers, Esq.

7                     Lindquist & Vennum P.L.L.P.
                    Telephone    612.371.3211

8                     Facsimile    612.371.3207

9                     James J. Ficenec, Esq.
                    Sellar Hazard Manning Ficenec & Lai

10                   1800 Sutter Street, Suite 460
                    Concord, CA 94520

11                   Telephone    925.938.1430
                    Facsimile    925.256.7508

12

13                   Attorneys for Plaintiff
                    DRAM Claims Liquidation Trust,
                    by its trustee, Wells Fargo Bank, N.A.

14

15 Dated: October 29, 2007         **SHEPPARD MULLIN RICHTER**

16                   **& HAMPTON LLP**

17                 By:

18                     Mona Solouki
                    Gary Halling

19                     Sheppard Mullin Richter & Hampton LLP
                    4 Embarcadero Center – 17th Floor

20                   San Francisco, California  94111
                    Telephone:   (415) 774-3210

21                   Facsimile:   (415) 403-6054

22                   David R. Garcia
                  Sheppard Mullin Richter & Hampton LLP

23                   1901 Avenue of the Stars – 16th Floor
                    Los Angeles, California  90067

24                   Telephone:   (310) 228-3700
                    Facsimile:   (310) 228-3701

25

26                   Attorneys for Defendants
                    Samsung Electronics Co., Ltd.
                    and Samsung Semiconductor, Inc.

27

28

-3-

Dated:  October 25 , 2007                   **SIMPSON THACHER & BARTLETT LLP**

By: s/Harrison J. Frahn

James G. Kreissman, Esq.
Harrison J. Frahn, IV, Esq.
Isabelle A. Young, Esq.
Jason M. Bussey, Esq.
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

Attorneys for Defendants Elpida Memory, Inc. and
Elpida Memory (USA) Inc.

Dated:  October 29 , 2007                   **McDERMOTT WILL & EMERY LLP**

By:   s/Pamela J. Marple

Carl W. Schwarz, Esq.
Craig P. Seebald, Esq.
Pamela J. Marple, Esq.
Amy E. Nelson, Esq.
McDermott Will & Emery LLP
600 13 Street, N.W.
Washington, D.C. 20005-3096
Telephone:  (202) 756-8000
Facsimile:  (202) 756-8087

Daniel E. Alberti, Esq.
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

Attorneys for Defendant Hitachi Ltd., Hitachi
America Ltd., Hitachi Semiconductor (America)
Inc., a/k/a Renesas Technology America Inc.

-4-

1   Dated: October 11, 2007              **THELEN REID BROWN RAYSMAN &**
                                          **STEINER LLP**
2

3                                         By: _____

4                                         Samuel J. Maselli, Esq.
                                          Kenneth L. Nissly, Esq.
5                                         Thelen Reid Brown Raysman & Steiner LLP
                                          225 West Santa Clara Street, Suite 1200
6                                         San Jose, CA 95113
                                          Tel    408.282.5800
7                                         Fax    408.282.8040

8                                         Attorneys for Defendants Hynix Semiconductor
                                          Inc. and Hynix Semiconductor America Inc.
9

10  Dated: October 12, 2007              **KAYE SCHOLER LLP**

11                                        By:   s/Julian Brew

12                                        Julian Brew, Esq.
                                          Kaye Scholer LLP
13                                        1999 Avenue of the Stars, Suite 1700
                                          Los Angeles, CA 90067-6048
14                                        Telephone: (310) 788-1000
                                          Facsimile: (310) 788-1200
15
                                          Attorneys for Defendants Infineon Technologies
16                                        North America Corporation and Infineon
                                          Technologies AG
17

18  Dated: October 12, 2007              **GIBSON, DUNN & CRUTCHER LLP**

19                                        By: _____

20                                        Joel S. Sanders, Esq.
                                          Gibson, Dunn & Crutcher LLP
21                                        One Montgomery Street, Suite 3100
                                          San Francisco, CA 94104
22                                        Telephone: (415) 393-8200
                                          Facsimile: (415) 986-5309
23
                                          Attorneys for Defendants Micron Technology, Inc.
24                                        and Micron Semiconductor Products, Inc.

25

26

27

28

                                          -5-

1 | Dated: October 12, 2007       **HELLER EHRMAN LLP**

2

        By: s/Aaron M. Armstrong

3             Steven V. Bomse, Esq.
            Michael Shepard, Esq.

4             David C. Brownstein, Esq.
            Scott E. Morgan, Esq.

5             Heller Ehrman LLP
            333 Bush Street

6             San Francisco, CA 94104
            Telephone: (415) 772-6749

7             Facsimile: (415) 772-6268

8             Attorneys for Defendants Mosel Vitelic
            Corporation

9             and Mosel Vitelic Inc.

10

11 | Dated: October 15, 2007       **ORRICK, HERRINGTON & SUTCLIFFE LLP**

12

        By: s/Howard Ullman

13             Robert E. Freitas, Esq.
            Cynthia Zuniga, Esq.

14             Na'il Benjaman, Esq.
            Orrick, Herrington & Sutcliffe LLP

15             1000 Marsh Road
            Menlo Park, CA 94025

16             Telephone: (650) 613-7400
            Facsimile: (650) 613-7401

17

18             Howard M. Ullman, Esq.
            Orrick, Harrington & Sutcliffe LLP

19             The Orrick Building
            405 Howard Street

20             San Francisco, CA 94105-2669
            Telephone: (415) 773-5700

21             Facsimile: (415) 773-5759

22             Attorneys for Defendants Nanya Technology
            Corporation and Nanya Technology Corporation
            USA

23

24

25

26

27

28

-6-

STIPULATION AND [PROPOSED] ORDER RE:
EXPERT DISCOVERY

1  Dated:  October 12 , 2007

2

**THELEN REID BROWN RAYSMAN
& STEINER LLP**

3  By: s/Paul R. Griffin

4  Robert B. Pringle, Esq.
   Paul R. Griffin, Esq.
   Jonathan E. Swartz, Esq.

5  Thelen Reid Brown Raysman & Steiner LLP
   101 Second Street, Suite 1800

6  San Francisco, CA 94105-3606
   Telephone: (415) 371-1200

7  Facsimile: (415) 371-1211

8  Attorneys for Defendant NEC Electronics America,
   Inc. and NEC Corporation

9

10  Dated:  October  15, 2007

**COLLETTE ERICKSON FARMER
& O'NEILL LLP**

11

12  By: s/Steven Morrissett

13  William S. Farmer, Esq.
    Collette Erickson Farmer & O'Neill LLP

14  235 Pine Street, Suite 1300
    San Francisco, CA 94104

15  Telephone: (415) 788-4646
    Facsimile: (415) 788-6929

16

17  Steven H. Morrissett, Esq.
    Finnegan, Henderson, Farabow, Garrett
       & Dunner LLP

18  Stanford Research Park
    3300 Hillview Avenue

19  Palo Alto, CA 94304-1203
    Telephone: (650) 849-6600

20  Facsimile: (650) 849-6666

21  Attorneys for Defendants
    Winbond Electronics Corporation and Winbond

22  Electronics Corporation America

23

24

25

26

27

28

-7-

STIPULATION AND [PROPOSED] ORDER RE:
EXPERT DISCOVERY

1

[~~PROPOS~~ED] ORDER

2

Based upon the stipulation of the parties, and for good cause shown, the

3

foregoing Stipulation and Order is hereby SO ORDERED:

4

November 2

5

Dated: _____, 2007



6

Hon. Phyllis J. Hamilton
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:FNO\400465998.1

STIPULATION AND [PROPOSED] ORDER RE:
EXPERT DISCOVERY