James P. McCarthy *(pro hac vice)*
Michael Olafson *(pro hac vice)*
James M. Lockhart *(pro hac vice)*
DeAnne M. Hilgers *(pro hac vice)*
John C. Ekman *(pro hac vice)*
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  (612) 371-3211
Facsimile:  (612) 371-3207
Email:  jmccarthy@lindquist.com
Email:  molafson@lindquist.com
Email:  jlockhart@lindquist.com
Email:  dhilgers@lindquist.com

James J. Ficenec (SBN – 152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone:  (925) 938-1430
Facsimile:  (925) 926-7508
Email:  jficenec@sellarlaw.com

Counsel for Plaintiff, DRAM Claims Liquidation Trust, by its
Trustee, Wells Fargo Bank, N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DRAM CLAIMS LIQUIDATION TRUST, by its Trustee, WELLS FARGO BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC. et al.,<br><br>Defendants. | Case No. 07-01381-PJH<br><br>**NOTICE OF DISMISSAL AS TO NEC ELECTRONICS CORPORATION PURSUANT TO RULE 41(a)(1)** |

Plaintiff DRAM Claims Liquidation Trust hereby dismisses this action as to Defendant NEC Electronics Corporation pursuant to Rule 41(a)(1), Fed. R. Civ. P.  This dismissal shall not apply to or affect any other defendant.

|   |   |
|---|---|
| | **LINDQUIST & VENNUM P.L.L.P.** |
| Dated:  November 20, 2007 | By: _____ |
| | James P. McCarthy |
| | Michael Olafson |
| | James M. Lockhart |
| | DeAnne M. Hilgers |
| | John C. Ekman |
| | 80 South Eighth Street |
| | Minneapolis, MN 55402 |
| | Telephone:  (612) 371-3211 |
| | Facsimile:  (612) 371-3207 |
| | Email:  jmccarthy@lindquist.com |
| | Email:  molafson@lindquist.com |
| | Email:  jlockhart@lindquist.com |
| | Email:  dhilgers@lindquist.com |
| | Email:  jekman@lindquist.com |
| | |
| | **SELLAR HAZARD MANNING FICENEC & LAI** |
| | James J. Ficenec (SBN – 152172) |
| | Sellar Hazard Manning Ficenec & Lai |
| | 1800 Sutter Street, Ste. 460 |
| | Concord, CA 94520 |
| | Telephone:  (925) 938-1430 |
| | Facsimile:  (925) 926-7508 |
| | Email:  jficenec@sellarlaw.com |
| | *Attorneys for Plaintiff DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A.* |

11/27/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
STIPULATION OF DISMISSAL AS TO NEC ELECTRONICS CORPORATION
07-CV-01381-PJH

Doc# 2459531\1