| | |
|---|---|
| 1 | James P. McCarthy *(pro hac vice)* |
| 2 | James M. Lockhart *(pro hac vice)* <br> Lindquist & Vennum P.L.L.P. |
| 3 | 4200 IDS Center – 80 South 8th Street <br> Minneapolis, MN 55402 |
| 4 | Telephone: (612) 371-3211 <br> Facsimile: (612) 371-3207 |
| 5 | Email: jmccarthy@lindquist.com <br> Email: jlockhart@lindquist.com |
| 6 | |
| 7 | James J. Ficenec (SBN – 152172) <br> Sellar Hazard Manning Ficenec & Lai |
| 8 | 1800 Sutter Street, Ste. 460 <br> Concord, CA 94520 |
| 9 | Telephone: (925) 938-1430 <br> Facsimile: (925) 926-7508 |
| 10 | Email: jficenec@sellarlaw.com |
| 11 | Counsel for Plaintiff, Wells Fargo Bank, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAM CLAIMS LIQUIDATION TRUST, By Its TRUSTEE WELLS FARGO BANK, NA, <br><br> Plaintiff, <br><br> vs. <br><br> HYNIX SEMICONDUCTOR INC., et al. (Case No. C07-01381 PJH) <br><br> Defendants. | Case No. C 07-01381 PJH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER PROVIDING FOR DEPOSITION OF NEC 30(b)(6) WITNESSES IN JAPAN AFTER PRODUCTION OF DOCUMENTS BY NEC CORPORATION** |

1    WHEREAS, Plaintiffs served on October 23, 2007, a Notice of Deposition of 30(b)(6)
2    designee on NEC Corporation, for a deposition to be taken on November 2, 2007;
3    WHEREAS, NEC Corporation served on October 30, 2007 a response and objection to the
4    Notice of 30(b)(6) deposition but did not in its response designate any witness;
5    WHEREAS, on December 5, 2007, NEC Corporation sent an E-mail to Plaintiff's counsel
6    identifying NEC's designated 30(b)(6) witnesses. The designation stated that two (2) witnesses
7    would be produced pursuant to the deposition notice in Japan. Both witnesses are located in Japan
8    and NEC insists that the depositions be taken in Japan with a Japanese translator;
9    WHEREAS, the designation of witnesses in Japan does not permit time to comply with
10   Japanese law concerning depositions. Japanese law requires a specially-issued deposition visa for
11   counsel, court reporters, stenographers, and others taking the deposition. Such a deposition visa is
12   issued only upon entry of an order by the United States court, scheduling one of three rooms in
13   U.S. embassies or consulates available for deposition, and identification of all parties to the
14   deposition;
15   WHEREAS, Plaintiffs served a Request for Production of Documents on Robert Pringle
16   and Jonathan Swartz at the law firm of Thelen Reid Brown Raysman & Steiner LLP on October
17   23, 2007. NEC Corporation served a written response to Plaintiffs' Request for Production of
18   Documents on November 29, 2007, but has not yet produced any documents responsive to the
19   request;
20   WHEREAS, the documents requested in Plaintiff's Request for Production of Documents
21   will be the subject of testimony by the NEC Corporation 30(b)(6) designees;
22   NOW THEREFORE, Plaintiffs and NEC Corporation, through their respective counsel,
23   hereby stipulate to the Court entering the attached Proposed Order.
24   Stipulated by:

| | |
|---|---|
| 1 | LINDQUIST & VENNUM PLLP |
| 2 | |
| 3 | /s/ James P. McCarthy |
| 4 | By: James P. McCarthy (*pro hac vice*)<br>Attorneys for DRAM CLAIMS LIQUIDATION TRUST |
| 5 | |
| 6 | |
| 7 | |
| 8 | THELEN REID BROWN RAYSMAN & STEINER LLP |
| 9 | |
| 10 | /s/ Robert B. Pringle |
| 11 | By: Robert B. Pringle<br>Attorneys for<br>NEC CORPORATION, and NEC ELECTRONICS AMERICA, INC. |

3

Doc. #2471778

Doc# 2473281\1

STIPULATION [AND PROPOSED] ORDER PROVIDING FOR DEPOSITION OF NEC 30(b)(6) WITNESSES

# [~~PROPOSED~~] ORDER

The Court hereby ORDERS:

1. The deposition of NEC Corporation by its designees, pursuant to the Notice of 30(b)(6) deposition, served by Plaintiff on October 23, 2007, may be taken after the December 17, 2007 discovery cut-off date. The deposition shall be taken as soon as it can be arranged under Japanese law following the production of documents by NEC Corporation responsive to Plaintiff's Request for Production of Documents.

2. This order does not authorize the deposition of any persons or corporations other than NEC Corporation after the December 17, 2007 fact discovery cut-off date.

**IT IS SO ORDERED.**

Dated: 12/17/07



_____
PHYLLIS J. HAMILTON
DISTRICT COURT JUDGE

Doc. #2471778
Doc# 2473281\1

STIPULATION [AND PROPOSED] ORDER PROVIDING FOR
DEPOSITION OF NEC 30(b)(6) WITNESSES