Robert B. Pringle, SBN 051365
Paul R. Griffin, SBN 083541
Jonathan E. Swartz, SBN 203624
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel.   415.371.1200
Fax   415.371.1211

Attorneys for Defendants
NEC ELECTRONICS AMERICA, INC.
NEC CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAM CLAIMS LIQUIDATION TRUST, by its Trustee, WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., *et al.* <br><br> Defendants. | Case No.: C 07-01381 PJH <br><br> [Related Case No. M-02-1486-PJH] <br><br> **STIPULATION AND [PROPOSED] ORDER PROVIDING FOR 30(b)(6) DEPOSITION OF PLAINTIFF DRAM CLAIMS LIQUIDATION TRUST ON JURISDICTIONAL ISSUES AFTER CLOSE OF FACT DISCOVERY** |

WHEREAS, Defendants in this case jointly noticed the deposition of DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A. ("Plaintiff") pursuant to Fed. R. Civ. P. 30(b)(6) regarding jurisdictional issues;

WHEREAS, the current fact discovery cut-off date in this case was December 17, 2007;

WHEREAS, the parties agreed previously that the 30(b)(6) deposition of Plaintiff on jurisdictional issues would occur on December 20, 2007 and filed a stipulation and proposed order to that effect;

1  WHEREAS, the parties now jointly agree that the 30(b)(6) deposition of Plaintiff
2  on jurisdictional issues will occur on or before January 11, 2008 in San Francisco, California;
3  WHEREAS, the parties do not wish or intend, by way of this agreement, to
4  authorize the deposition of any other party or individual after the discovery cut-off date.

NOW THEREFORE, DEFENDANTS AND PLAINTIFF, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY STIPULATE to the Court entering the attached Proposed Order.

Stipulated by:

THELEN REID BROWN RAYSMAN
& STEINER LLP

By: Robert B. Pringle
Paul R. Griffin
Jonathan E. Swartz
Attorneys for Defendants
NEC ELECTRONICS AMERICA, INC.
NEC CORPORATION
And On Behalf of All Other Defendants

LINDQUIST & VENNUM PLLP

By: James P. McCarthy (*pro hac vice*)
Attorneys for Plaintiff
DRAM CLAIMS LIQUIDATION TRUST

[~~PROPOSED~~] ORDER

The Court hereby ORDERS:

1. The deposition of Plaintiff DRAM Claims Liquidation Trust ("Plaintiff") pursuant to Federal Rule of Civil Procedure 30(b)(6) regarding jurisdictional issues may occur after the December 17, 2007 fact discovery cut-off date.

2. The deposition of Plaintiff pursuant to Federal Rule of Civil Procedure 30(b)(6) regarding jurisdictional issues shall occur on or before January 11, 2008 in San Francisco, California.

3. This order applies only to the deposition of Plaintiff DRAM Claims Liquidation Trust pursuant to Federal Rule of Civil Procedure 30(b)(6) regarding jurisdictional issues and does not authorize the deposition of any other party or individual after the December 17, 2007 fact discovery cut-off date.

**IT IS SO ORDERED.**

Dated: 12/21/07

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*IT IS SO ORDERED / Judge Phyllis J. Hamilton*

# PROOF OF SERVICE

Case No.: C 07-01381 PJH
[Related Case No. M-02-1486-PJH]

I, Camellia Gamble, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105. On December 20, 2007, I served the following entitled document:

**STIPULATION AND [PROPOSED] ORDER PROVIDING FOR 30(b)(6) DEPOSITION OF PLAINTIFF DRAM CLAIMS LIQUIDATION TRUST ON JURISDICTIONAL ISSUES AFTER CLOSE OF FACT DISCOVERY**

☑ by electronic transmission from electronic address cgamble@thelen.com to the electronic addresses listed below on the attached Service List. Said transmissions were completed and without error.

☑ by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached Service List.

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2007, at San Francisco, California.

*/s/ Camellia Gamble*
Camellia Gamble

## SERVICE LIST

| | |
|---|---|
| David D. Cross, Esq.<br>Jerome A. Murphy, Esq.<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 624-2500<br>Fax: (202) 628-5116<br>dcross@crowell.com<br>jmurphy@crowell.com<br><br>Daniel A. Sasse, Esq.<br>Crowell & Moring LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Tel: (949) 263-8400<br>Fax: (949) 263-8414<br>dsasse@crowell.com | *Attorneys for Plaintiffs*<br>*All American Semiconductor, Inc. and*<br>*Jaco Electronics, Inc.* |
| James J. Ficenec, Esq.<br>Sellar Hazard Manning Ficenec & Lai<br>1800 Sutter Street, Suite 460<br>Concord, CA 94520<br>Tel: (925) 938-1430<br>Fax: (925) 256-7508<br>jficenec@sellarlaw.com<br><br>James P. McCarthy, Esq.<br>James M. Lockhart, Esq.<br>Lindquist & Vennum P.L.L.P.<br>4200 IDS Center<br>80 South IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Tel: (612) 371-3211<br>Fax: (612) 371-3207<br>jmccarthy@lindquist.com<br>jlockhart@lindquist.com | *Attorneys for Plaintiff*<br>*DRAM Claims Liquidation Trust, by its*<br>*Trustee, Wells Fargo Bank, N.A.* |
| Harrison J. Frahn IV, Esq.<br>Simpson Thacher & Bartlett LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Tel: (650) 251-5000<br>Fax: (650) 251-5002<br>hfrahn@stblaw.com | *Attorneys for Defendants*<br>*Elpida Memory, Inc. and*<br>*Elpida Memory (USA) Inc.* |

| | |
|---|---|
| 1  Craig P. Seebald, Esq. *(pro hoc vice)*<br>   Pamela J. Marple, Esq. *(pro hoc vice)*<br>2  Amy E. Nelson, Esq. *(pro hoc vice)*<br>   McDermott Will & Emery LLP<br>3  600 13th Street, N.W.<br>   Washington, DC 20005<br>4  Tel:  (202) 756-8000<br>   Fax:  (202) 756-8087<br>5  cseebald@mwe.com<br>   pmarple@mwe.com<br>6  aenelson@mwe.com<br>7<br>   Daniel E. Alberti, Esq.<br>   McDermott Will & Emery LLP<br>8  3150 Porter Drive<br>   Palo Alto, CA 94304<br>9  Tel:  (650) 813-5000<br>   Fax:  (650) 813-5100<br>10 dalberti@mwe.com | *Attorneys for Defendants*<br>*Hitachi, Ltd., Hitachi America, Ltd., and*<br>*Hitachi Semiconductor (America) Inc. n/k/a*<br>*Renesas Technology America, Inc.* |
| 11 Kenneth R. O'Rourke, Esq.<br>   Steven H. Bergman, Esq.<br>12 O'Melveny & Myers LLP<br>   400 South Hope Street<br>13 Los Angeles, CA 90071<br>   Tel:  (213) 430-6000<br>14 Fax:  (213) 430-6407<br>   korourke@omm.com<br>15 sbergman@omm.com<br>16 Michael F. Tubach, Esq.<br>   O'Melveny & Myers LLP<br>17 Embarcadero Center West<br>   275 Battery Street<br>18 San Francisco, CA 94111<br>   Tel:  (415) 984-8700<br>19 Fax:  (415) 984-8701<br>   mtubach@omm.com<br>20<br>   Ian Simmons, Esq.<br>21 O'Melveny & Myers LLP<br>   1625 Eye Street, NW<br>22 Washington, DC 20006<br>   Tel:  (202) 383-5300<br>23 Fax:  (202) 383-5424<br>   isimmons@omm.com<br>24<br>25<br>26<br>27<br>28 | *Attorneys for Defendants*<br>*Hynix Semiconductor Inc. and*<br>*Hynix Semiconductor America, Inc.* |

| | |
|---|---|
| 1  Julian Brew, Esq.<br>   Kaye Scholer LLP<br>2  1999 Avenue of the Stars<br>   Suite 1600<br>3  Los Angeles, CA 90067<br>   Tel:  (310) 788-1000<br>4  Fax:  (310) 788-1200<br>   jbrew@kayescholer.com<br>5 | *Attorneys for Defendants*<br>*Infineon Technologies AG and*<br>*Infineon Technologies North America*<br>*Corp.* |
| 6  Joel E. Sanders, Esq.<br>   Gibson, Dunn & Crutcher LLP<br>7  One Montgomery Street, Suite 1300<br>   San Francisco, CA 94104<br>8<br>   Tel:  (415) 393-8200<br>9  Fax:  (415) 374-8439<br>   jsanders@gibsondunn.com | *Attorneys for Defendants*<br>*Micron Technology, Inc. and*<br>*Micron Semiconductor Products, Inc.* |
| 10<br>   Donald R. Harris, Esq.<br>11 Terrence J. Truax, Esq.<br>   Jenner & Block<br>12 330 North Wabash Avenue<br>   Chicago, IL 60611<br>13 Tel:  (312) 222-9350<br>   Fax:  (312) 527-0485<br>14 dharris@jenner.com<br>   etruax@jenner.com<br>15<br>   Michael D. Lisi, Esq.<br>16 Krieg Keller Sloan Reilley & Roman LLP<br>   114 Sansome Street, 4th Floor<br>17 San Francisco, CA 94104<br>   Tel:  (415) 249-8330<br>18 Fax:  (415) 249-8333<br>   mlisi@kksrr.com | *Attorneys for Defendants*<br>*Mitsubishi Electric Corporation,*<br>*Mitsubishi Electric and Electronics USA,*<br>*Inc., and Mitsubishi Electric Europe B.V.* |
| 19<br>   Stephen V. Bomse, Esq.<br>20 David C. Brownstein, Esq.<br>   Scott E. Morgan, Esq.<br>21 Heller Ehrman LLP<br>   333 Bush Street<br>22 San Francisco, CA 94104<br>   Tel:  (415) 772-6000<br>23 Fax:  (415) 772-6268<br>   stephen.bomse@hellerehrman.com<br>24 david.brownstein@hellerehrman.com<br>   scott.morgan@hellehrman.com | *Attorneys for Defendants*<br>*Mosel-Vitelic Inc. and*<br>*Mosel-Vitelic Corporation* |
| 25<br>   Robert E. Freitas, Esq.<br>26 Orrick Herrington & Sutcliffe LLP<br>   1000 Marsh Road<br>27 Menlo Park, CA 94025<br>   Tel:  (650) 614-7400<br>28 Fax:  (650) 614-7402 | *Attorneys for Defendants*<br>*Nanya Technology Corporation USA and*<br>*Nanya Technology Corporation* |

| | |
|---|---|
| 1  rfreitas@orrick.com<br><br>2  Howard M. Ullman, Esq.<br>   Orrick, Herrington & Sutcliffe LLP<br>3  The Orrick Building<br>   405 Howard Street<br>4  San Francisco, CA 94105<br>   Tel:   (415) 773-5700/5652<br>5  Fax:   (415) 773-5759<br>   hullman@orrick.com | |
| 6  Gary L. Halling, Esq.<br>7  James L. McGinnis, Esq.<br>   Mona Solouki, Esq.<br>8  Tyler M. Cunningham, Esq.<br>   Sheppard, Mullin, Richter & Hampton LLP<br>9  Four Embarcadero Center, 17th Floor<br>   San Francisco, CA 94111<br>10 Tel:   (415) 434-9100<br>   Fax:   (415) 434-3947<br>11 ghalling@sheppardmullin.com<br>   jmcginnis@sheppardmullin.com<br>12 msolouki@sheppardmullin.com<br>   tcunningham@sheppardmullin.com | *Attorneys for Defendants*<br>*Samsung Electronics Co. Ltd. and*<br>*Samsung Semiconductor Inc.* |
| 13 Steven H. Morrissett, Esq.<br>14 Finnegan, Henderson, Farabow,<br>        Garrett & Dunner LLP<br>15 Stanford Research Park<br>   3300 Hillview Avenue<br>16 Palo Alto, CA 94304<br>   Tel:   (650) 849-6600<br>17 Fax:   (650) 849-6666<br>   morrissett@finnegan.comu<br>18<br>   William S. Farmer, Jr., Esq.<br>19 Collette, Erickson, Farmer & O'Neill LLP<br>   235 Pine Street, Suite 1300<br>20 San Francisco, CA 94104<br>   Tel:   (415) 788-4646<br>21 Fax:   (415) 788-6929<br>   wfarmer@collette.com | *Attorneys for Defendants*<br>*Winbond Electronics Corporation and*<br>*Winbond Electronics Corporation America* |