James P. McCarthy (*pro hac vice*)
Michael Olafson (*pro hac vice*)
James M. Lockhart (*pro hac vice*)
DeAnne M. Hilgers (*pro hac vice*)
John C. Ekman (*pro hac vice*)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN 55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
E-mail: jmccarthy@lindquist.com
molafson@lindquisty.com
jlockhart@lindquist.com
dhilgers@lindquist.com
jekman@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Suite 460
Concord, CA 64520
Telephone: (925) 938.1430
Facsimile: (925) 256-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
DRAM Claims Liquidation Trust, by its
Trustee, Wells Fargo Bank, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC, ET AL., <br><br> Defendants. | Case No. 07-CV-1381-PJH <br><br> ~~STIPULATION OF DISMISSAL~~ ~~[AND~~ ORDER] AS TO WINBOND DEFENDANTS PURSUANT TO RULE 41(a)(2) |

---

1

STIPULATION OF DISMISSAL [AND ORDER] AS TO WINBOND DEFENDANTS PURSUANT TO RULE 41(a)(2)
C07-CV-1381-PJH

The parties hereto hereby stipulate to a dismissal of this action, subject to approval by the Court, as to defendants Winbond Electronics Corporation and Winbond Electronics Corporation America, with prejudice, pursuant to Rule 41(a)(2), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

DATED: January 14, 2008

By: *(signature)*

James P. McCarthy (*pro hac vice*)
Michael Olafson (*pro hac vice*)
James M. Lockhart (*pro hac vice*)
DeAnne M. Hilgers (*pro hac vice*)
John C. Ekman (*pro hac vice*)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN 55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
E-mail: jmccarthy@lindquist.com
molafson@lindquisty.com
jlockhart@lindquist.com
dhilgers@lindquist.com
jekman@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Suite 460
Concord, CA 64520
Telephone: (925) 938.1430
Facsimile: (925) 256-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A.

2
STIPULATION OF DISMISSAL [AND ORDER] AS TO WINBOND DEFENDANTS PURSUANT TO RULE 41(a)(2)
C07-CV-1381-PJH

| | |
|---|---|
| DATED: January 4, 2008 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | *[signature]* |
| | Steven H. Morrissett<br>Wendy A. Herby |
| | COLLETTE ERICKSON FARMER & O'NEILL, LLP |
| | *[signature]* |
| | William S. Farmer<br>Jacob P. Alpren |
| | *Counsel for Defendants Winbond Electronics Corporation and Winbond Electronics Corporation America* |

Good cause appearing, it is SO ORDERED.

Dated: 1/17/08

Phyllis
United

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

3
STIPULATION OF DISMISSAL [AND ORDER] AS TO WINBOND DEFENDANTS PURSUANT TO RULE 41(a)(2)
C07-CV-1381-PJH