James P. McCarthy (*pro hac vice*)
Michael Olafson (*pro hac vice*)
James M. Lockhart (*pro hac vice*)
DeAnne M. Hilgers (*pro hac vice*)
John C. Ekman (*pro hac vice*)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN 55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
E-mail: jmccarthy@lindquist.com
molafson@lindquisty.com
jlockhart@lindquist.com
dhilgers@lindquist.com
jekman@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Suite 460
Concord, CA 64520
Telephone: (925) 938.1430
Facsimile: (925) 256-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
DRAM Claims Liquidation Trust, by its
Trustee, Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A.<br><br>   Plaintiff,<br><br>v.<br><br>Hynix Semiconductor, Inc. et al.<br><br>   Defendants. | Case No. 07-CV-1381-PJH<br><br>**STIPULATION AND [*PROPOSED*] ORDER OF DISMISSAL AS TO HITACHI DEFENDANTS PURSUANT TO RULE 41(a)(1)(ii)** |

| 1 | The parties hereto, having amicably resolved their differences, hereby stipulate to a |
| - | - |
| 2 | dismissal of this action as to defendants Hitachi, Ltd., Hitachi America, Ltd., and Hitachi |
| 3 | Semiconductor (America) Ltd. n/k/a Renesas Technology America, Inc. with prejudice, pursuant |
| 4 | to Rule 41(a)(1)(ii), Fed. R. Civ. P. Each party shall bear its own costs and attorney's fees. This |
| 5 | dismissal shall not apply to or affect any other defendant. |

DATED: 1/11/08

By: */S/ JAMES M. LOCKHART*
James P. McCarthy (*pro hac vice*)
Michael Olafson (*pro hac vice*)
James M. Lockhart (*pro hac vice*)
DeAnne M. Hilgers (*pro hac vice*)
John C. Ekman (*pro hac vice*)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN 55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
E-mail: jmccarthy@lindquist.com
molafson@lindquisty.com
jlockhart@lindquist.com
dhilgers@lindquist.com
jekman@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Suite 460
Concord, CA 64520
Telephone: (925) 938.1430
Facsimile: (925) 256-7508
Email: jficenec@sellarlaw.com

Attorneys for Plaintiff
DRAM Claims Liquidation Trust, by its
Trustee, Wells Fargo Bank, N.A.

DATED: 1/8/08

By: /S/CRAIG P. SEEBALD
Craig P. Seebald (*pro hac vice*)
Pamela J. Marple (*pro hac vice*)
Amy E. Nelson (*pro hac vice*)
McDermott Will & Emery LLP
600 13 Street, N.W.
Washington, D.C. 20005-3096
(202)756-8065
Fax: (202)756-8087
Email: cschwarz@mwe.com
cseebald@mwe.com
pmarple@mwe.com

Daniel E. Alberti (CA. Bar #68620)
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
(650)813-5019
Fax: (650)813-5100
Email: Dalberti@mwe.com)

Attorneys for Hitachi, Ltd.,
Hitachi America, Ltd., and
Hitachi Semiconductor (America) Inc. n/k/a
Renesas Technology America, Inc.

Good cause appearing, it is <u>SO ORDERED</u>

Dated: 1/17/08    _____
Phyllis J. Hamilton
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

# **SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

*/s/James M. Lockhart*
James M. Lockhart

4
STIPULATION OF DISMISSAL AS TO HITATCHI DEFENDANTS
Case No. 07-CV-1381-PJH
Doc# 2486300\1