James P. McCarthy (*pro hac vice*)
Michael Olafson (*pro hac vice*)
James M. Lockhart (*pro hac vice*)
DeAnne M. Hilgers (*pro hac vice*)
John C. Ekman (*pro hac vice*)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN  55402-2205
Tel:  (612) 371-3266
Fax:  (612) 371-3207
E-mail:  jmccarthy@lindquist.com
molafson@lindquist.com
jlockhart@lindquist.com
dhilgers@lindquist.com
jekman@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Suite 460
Concord, CA 64520
Telephone:  (925) 938.1430
Facsimile: (925) 256-7508
Email:  jficenec@sellarlaw.com

Attorneys for Plaintiff
DRAM Claims Liquidation Trust, by its
Trustee, Wells Fargo Bank, N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A., <br><br>        Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC., ET AL., <br><br>        Defendants. | Case No. 07-CV-1381-PJH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS NEC CORPORATION AND NEC ELECTRONICS AMERICA, INC. PURSUANT TO RULE 41(a)(1)(ii) [AND ORDER]** |

1  The parties hereto, having amicably resolved their differences, hereby stipulate to a
2  dismissal of this action only as to defendants, NEC Corporation and NEC Electronics America,
3  Inc., with prejudice, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P.  Each party shall bear its own
4  costs and attorney's fees. This dismissal shall not apply to or affect any other defendant.

DATED: May 5, 2008					Lindquist & Vennum, P.L.L.P

							By:  __s/James P. McCarthy_____
							       James P. McCarthy
							       Attorneys for Plaintiff
							       DRAM Claims Liquidation Trust, by its
							       Trustee, Wells Fargo Bank, N.A.


DATED: May 5, 2008					Thelen Reid Brown Raysman &
							Steiner LLP


							By:  __s/Robert B. Pringle_____
							       Robert B. Pringle
							       Attorneys for Defendants
							       NEC Corporation and NEC Electronics
							       America, Inc.


IT IS SO ORDERED.

Dated:  5/13/08

_____
Phyllis J. Hamilton, Judge

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

2
STIPULATION OF DISMISSAL WITH PREJUDICE AS TO NEC DEFENDANTS
Case No. 07-CV-1381-PJH