SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar. No. 95788
MONA SOLOUKI, Cal. Bar No. 215145
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:     415-434-9100
Facsimile:      415-434-3947
Email:  ghalling@sheppardmullin.com
Email:  jmcginnis@sheppardmullin.com
Email:  msolouki@sheppardmullin.com
Email:  tcunningham@sheppardmullin.com

Attorneys for Defendants SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAM CLAIMS LIQUIDATION TRUST, by its Trustee, WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> HYNIX SEMICONDUCTOR, INC.; HYNIX SEMICONDUCTOR AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; MICRON TECHNOLOGY, INC.; MICRON SEMICONDUCTOR PRODUCTS, INC.; CRUCIAL TECHNOLOGY, INC., <br><br> Defendants. | Case No. C 07-01381 PJH <br><br> **STIPULATION TO DISMISSAL WITH PREJUDICE AS TO DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC. PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE** <br><br> Judge:   Hon. Phyllis J. Hamilton |

1  The parties hereto hereby stipulate and agree, pursuant to Rule 41(a) of the Federal
2  Rules of Civil Procedure, to the dismissal with prejudice of this action as to Defendants Samsung
3  Electronics Co., Ltd. and Samsung Semiconductor, Inc., without costs to any party.  This dismissal
4  shall not apply to or affect any other defendant in the Action.

6  IT IS SO STIPULATED AND AGREED.

8  Dated:  August 15, 2008          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

10                        By      /s/ *Mona Solouki*
11                               MONA SOLOUKI

12                         Attorneys for Defendants SAMSUNG
13                         ELECTRONICS CO., LTD. and SAMSUNG
                           SEMICONDUCTOR, INC.

15  Dated:  August 15, 2008          LINDQUIST & VENNUM, P.L.L.P.

17                        By      /s/ *James M. Lockhart*
18                               JAMES M. LOCKHART

19                         Attorneys for Plaintiff DRAM CLAIMS
20                         LIQUIDATION TRUST

22  Based on the foregoing stipulation of the parties, and good cause appearing, it is SO ORDERED.

23  Dated:  8/18/08
24                        THE HONORABLE PHYLLIS J. HAMILTON
                          UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-2-
STIPULATION OF DISMISSAL AS TO SAMSUNG DEFENDANTS

W02-WEST:FNO\400937641.5
Case No. C 07-01381 PJH

1 SIGNATURE ATTESTATION

2 I hereby attest that I will maintain on file all holograph signatures for any signature indicated
3 by a conformed signature (/s/) within this e-filed document.

4               /s/ *Mona Solouki*