1  JAMES G. KREISSMAN (Bar No. 206740)
   jkreissman@stblaw.com
2  HARRISON J. FRAHN IV (Bar No. 206822)
   hfrahn@stblaw.com
3  JASON M. BUSSEY (Bar No. 227185)
   jbussey@stblaw.com
4  SIMPSON THACHER & BARTLETT LLP
   2550 Hanover Street
5  Palo Alto, California  94304
   Telephone:  (650) 251-5000
6  Facsimile:  (650) 251-5002

7  *Counsel for Defendants*
   ELPIDA MEMORY, INC. and
8  ELPIDA MEMORY (USA) INC.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

| | |
|---|---|
| DRAM CLAIMS LIQUIDATION TRUST, by its Trustee, WILMINGTON TRUST FSB,<br><br>Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., *et al*.,<br><br>Defendants. | Case No. C 07-01381 PJH<br><br>Assigned for all purposes to the Hon. Phyllis J. Hamilton<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER AS TO DEFENDANTS ELPIDA MEMORY, INC. AND ELPIDA MEMORY (USA) INC.** |

1    The parties hereto hereby stipulate to a dismissal of this action as to defendants

2  Elpida Memory, Inc., and Elpida Memory (USA) Inc. with prejudice, pursuant to Rule 41(a)(2),

3  Fed. R. Civ. P.  Each party shall bear its own costs and attorneys' fees.  This dismissal shall not

4  apply to or affect any other defendant.

5              IT IS SO STIPULATED AND AGREED.

6  Dated: March 20, 2009                SIMPSON THACHER & BARTLETT LLP

7

8                                       By:            /s/
                                                Harrison J. Frahn IV
9

10                                      Attorneys for Defendants
                                        ELPIDA MEMORY, INC. and
11                                      ELPIDA MEMORY (USA) INC.

12  Dated: March 20, 2009                LINDQUIST & VENNUM, P.L.L.P.

13

14                                      By:            /s/
                                                James M. Lockhart
15

16                                      Attorneys for Plaintiff
                                        DRAM CLAIMS LIQUIDATION TRUST

17

18                            **ATTESTATION OF FILING**

19        Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained

20  concurrence in the filing of the stipulation from the parties listed above.

21                                      By:            /s/
                                                Harrison J. Frahn IV
22

23

24                            [~~PROPOSED~~] ORDER

25  PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

26  Dated: March __24__, 2009

27  _____
    Hon. Phyllis J. Ham...
28  United States Distr...

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION OF DISMISSAL AS TO ELPIDA DEFENDANTS
CASE NO. C 07-01381
2