James P. McCarthy *(pro hac vice)*
Michael Olafson *(pro hac vice)*
James M. Lockhart *(pro hac vice)*
Lindquist & Vennum P.L.L.P.
4200 IDS Center – 80 S. 8th St.
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jmccarthy@lindquist.com
Email: molafson@lindquist.com
Email: jlockhart@lindquist.com

James J. Ficenec (SBN – 152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Ste. 460
Concord, CA 94520
Telephone: (925) 938-1430
Facsimile: (925) 926-7508
Email: jficenec@sellarlaw.com

*Counsel for DRAM Claims Liquidation Trust,
Through its Trustee, Wilmington Trust FSB*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DRAM CLAIMS LIQUIDATION TRUST,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., *et al.* | CASE NO. 07-cv-1381 (PJH)<br><br>**NOTICE OF DISMISSAL OF CRUCIAL TECHNOLOGIES, INC.** |

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff DRAM Claims Liquidation Trust, through its Trustee, Wilmington Trust FSB, hereby dismisses without prejudice its claims against Crucial Technologies, Inc.

1

| | | |
|---|---|---|
| 1 | DATED: January 21, 2010 | LINDQUIST & VENNUM P.L.L.P. |

By: /s/ James P. McCarthy
    James P. McCarthy (admitted pro hac vice)
Michael Olafson (admitted pro hac vice)
James M. Lockhart (admitted pro hac vice)
Lindquist & Vennum P.L.L.P.
4200 IDS Center – 80 S. 8th St.
Minneapolis, MN 55402-2205
Tel: (612) 371-3266
Fax: (612) 371-3207
Email: jmccarthy@lindquist.com
Email: molafson@lindquist.com
Email: jlockhart@lindquist.com

And

James J. Ficenec (CA Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter St., Ste. 460
Concord, CA 94520
Tel: (925) 938-1430
Fax: (925) 926-7508
Email: jficenec@sellarlaw.com

ATTORNEYS FOR PLAINTIFF DRAM CLAIMS LIQUIDATION TRUST, THROUGH ITS TRUSTEE, WILMINGTON TRUST, FSB

1/25/10

**IT IS SO ORDERED**
*[signature]*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA