James P. McCarthy (*pro hac vice*)
Michael Olafson (*pro hac vice*)
James M. Lockhart (*pro hac vice*)
Lindquist & Vennum, P.L.L.P.
4200 IDS Center – 80 South Eighth Street
Minneapolis, MN  55402-2205
Tel:  (612) 371-3266
Fax:  (612) 371-3207
E-mail:  jmccarthy@lindquist.com
molafson@lindquist.com
jlockhart@lindquist.com

James J. Ficenec (CA. Bar #152172)
Sellar Hazard Manning Ficenec & Lai
1800 Sutter Street, Suite 460
Concord, CA 64520
Telephone:  (925) 938.1430
Facsimile: (925) 256-7508
Email:  jficenec@sellarlaw.com

Attorneys for Plaintiff
DRAM Claims Liquidation Trust,
Through its Trustee, Wilmington Trust, FSB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DRAM Claims Liquidation Trust, by its Trustee, Wells Fargo Bank, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>HYNIX SEMICONDUCTOR, INC., ET AL.,<br><br>    Defendants. | Case No. 07-CV-1381-PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MICRON TECHNOLOGY, INC. AND MICRON SEMICONDUCTOR PRODUCTS, INC., PURSUANT TO RULE 41(a)(1)(A)(ii) [AND ORDER]** |

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICRON DEFENDANTS
Case No.  07-CV-1381-PJH

DOCS-#3498272-v1

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), the parties in this matter, DRAM Claims Liquidation Trust through its Trustee, Wilmington Trust, FSB, plaintiff, and Micron Technology, Inc. and Micron Semiconductor Products, Inc., defendants, hereby stipulate that the action be dismissed in its entirety with prejudice as to the Micron defendants.  All parties shall bear their own costs and attorney fees.

DATED:  July 20, 2011

Lindquist & Vennum, P.L.L.P

By:  /s/James M. Lockhart
    James P. McCarthy (*pro hac vice*)
    James M. Lockhart  (*pro hac vice*)
Lindquist & Vennum PLLP
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
Tel:  (612) 371-3266
Fax:  (612) 371-3207
E-mail:  jmccarthy@lindquist.com
       jlockhart@lindquist.com

*Attorneys for Plaintiff*
*DRAM Claims Liquidation Trust, through its Trustee, Wilmington Trust, FSB*

DATED:  July 20, 2011

GIBSON, DUNN & CRUTCHER LLP

By: /s/ G. Charles Nierlich
    Joel S. Sanders
    Mark A. Perry
    G. Charles Nierlich
555 Mission Street, Suite 3000
San Francisco, CA  94105
(415) 393-8200
Email:  jsanders@gibsondunn.com
       mperry@gibsondunn.com
       gnierlich@gibsondunn.com

*Attorneys for Defendants*
*Micron Technology, Inc. and Micron Semiconductor Products, Inc.*

**ATTESTATION OF FILING**

Pursuant to General Order 45, Section X (B), I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

/s/James M. Lockhart

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 7/25/11



Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION OF DISMISSAL WITH PREJUDICE AS TO MICRON DEFENDANTS
Case No. 07-CV-1381-PJH
DOCS-#3498272-v1